IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 5:23CR211 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLES DANIELS, aka QUICK, aka Q, et al., | ) | NOTICE OF APPEARANCE (CO-COUNSEL - FORFEITURE) |
| | ) | |
| Defendants. | ) | |

Now comes the United States of America, by and through counsel, Michelle M. Baeppler, First Assistant United States Attorney, respectfully advises the Court that the undersigned will appear as co-counsel of record (forfeiture) and requests that all notices and entries in the within action also be sent to Jason M. Katz, Assistant U. S. Attorney.

Respectfully submitted,

MICHELLE M. BAEPPLER
First Assistant United States Attorney

By: /s/ Jason M. Katz

Jason M. Katz (OH: 0076104)
Assistant United States Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3844
Jason.Katz@usdoj.gov