IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 5:23CR211 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLES DANIELS, ET AL, | ) | NOTICE OF RELATED CASES |
| | ) | |
| Defendants. | ) | |

Now comes the United States of America, by and through Michelle M. Baeppler, First Assistant United States Attorney, and Payum Doroodian, Assistant United States Attorney, and hereby gives notice, pursuant to Local Criminal Rule 57.9(b)(3), that this case, *United States v. Charles Daniels, et al.*, Case No. 5:23CR211,, now pending in before this Court, is related to a later filed Indictment in *United States v. Markus Ellison*, Case No. 5:23CR212, which is now pending before the Honorable Judge Benita Y. Pearson.

Although Rule 57.9 provides for reassignment of related cases, the Rule itself does not articulate a governing standard. Rather, when filing a criminal case, the United States Attorney's Office is required "in any case which is, or might be considered, related to another case, file a motion/notice with both District Judges advising the Court of the relationship." LOCAL CRIM. RULE 57.9(b)(3).

The two above-captioned cases are related. The larger case, *United States v. Charles Daniels, et al*, charges 17 defendants with conspiracy to traffic fentanyl, as directed by Daniels while Daniels was serving an eight-year state prison sentence. Specifically, Daniels directed Wayne County drug dealers to obtain narcotics from suppliers in Cleveland, Ohio, in exchange

for a kickback. One of the individuals that Daniels assisted and coordinated with was Markus Ellison, who is also a Wayne County drug dealer. Specifically, on multiple occasions, Daniels spoke with Ellison on jail calls and discussed drug trafficking activities, just as Daniels did with the other codefendants in Case No. 5:23CR211. Evidence also showed that Ellison interacted with many of the other codefendants from Case No. 5:23CR211 and discussed traveling to Cleveland to purchase more narcotics. Thus, evidence supports that the two cases are related and may be transferred upon consent of both District Court Judges.

For the above reasons, the United States respectfully submits this Notice of Related Cases, pursuant to Local Rule 57.9.

Respectfully submitted,

MICHELLE M. BAEPPLER
First Assistant United States Attorney

By: /s/ Payum Doroodian

Payum Doroodian (DC: 1035376)
Assistant United States Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3739
(216) 522-8355 (facsimile)
Payum.Doroodian@usdoj.gov